UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANAS AL-KASID,

                    Plaintiff,                                    No. 12-cv-12948

vs.                                                              Hon. Gerald E. Rosen

L-3 COMMUNICATIONS CORPORATION,

                    Defendant.

_____/

JUDGMENT

         At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on April 18, 2013

         PRESENT:    Honorable Gerald E. Rosen
                     United States District Chief Judge

         The Court having this date entered an Opinion and Order granting Defendant's

Motion for Summary Judgment and dismissing Plaintiff's Complaint, with prejudice,

         NOW, THEREFORE,

         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a JUDGMENT

OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

                         s/Gerald E. Rosen_____
                         Chief Judge, United States District Court
Dated:  April 18, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on April 18, 2013, by electronic and/or ordinary mail.

                         s/Julie Owens_____
                         Case Manager, (313) 234-5135